**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MARISSA RANDO,<br><br>    Defendant. | Case No.  21-cv-00673-BLF<br><br>**ORDER TO SHOW CAUSE** |

No activity has occurred in this case for eleven months since the Court denied Defendant's motion to dismiss.  ECF No. 22.  Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, **no later than July 1, 2022**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  June 16, 2022

_____
BETH LABSON FREEMAN
United States District Judge